Thomas F. Eagleton U.S. Courthouse
111 South 10th Street – 3.300
St. Louis, MO  63102
(314) 244-7900


The 07th day of March, 2025

Re: Letter of Support for Terrell Williams

Dear Honorable Judge,

I am writing to you in support of my son, Terrell Williams. I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and his conduct.

Terrell's upbringing was "rocky" at best. When he was very young, I was faced with a housing dilemma where I was forced to send him to his father in order that my (3) daughters and I could avoid homelessness. Shortly after, I learned that his father left that home and left him with his stepmother and her (2) children. At about age 16-17, Terrell left his stepmother's home. He made some bad choices which resulted in some hard/troubled times. But he learned his lesson. . .

Over the past years, I have had the privilege of witnessing Terrell demonstrate unwavering integrity, compassion, and responsibility. In spite of the troubled times, my son has always been a person of high moral character. He is honest and truthful, and has always shown respect for others. He treats people with dignity and kindness.

I've also observed him fulfill his responsibilities with diligence and dedication. He consistently displays a strong work ethic. So much so that his current employer has offered to hold his position for him until his return, following your sentencing. Terrell goes above and beyond expectations. . . he exhibits reliability and dependability when performing tasks.

Terrell is a husband and the father of three (3) teenaged girls who depend on him tremendously. His absence will be a detriment to them. I have come to count on him when I need help at my home; and, to assist with the guidance of my grandson (his nephew) who is just entering his teenage season.

Based on what I know of my son, I can say, definitely, that the actions previously alleged in the charges against him are uncharacteristic of his true nature. I know that the son I raised is a person of integrity. He made a mistake and is deeply remorseful for the consequences it caused. He expressed to me that he has no desire to spend time away from his family.

I kindly request the court's consideration of Terrell Williams's overall character and contributions to his family.

Thank you for taking the time to review this letter. Should you require any additional information or further clarification, please do not hesitate to contact me via the provided contact details.

Respectfully,


Alma Williams-Stinson
12797 Merribrook Drive
Florissant, MO 63033
314 683.3797